UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TODD KREISLER,

                Plaintiff,

-against-

KOMI CORP *and* LAGADA, CORP.,

                Defendants.

**ORDER**

23-cv-962 (ER)

    This matter was referred to mediation on February 15, 2024. Doc. 29. Mediation has not yet been held, however. Accordingly, the case management conference previously scheduled for April 18, 2024 is hereby adjourned. The parties are directed to submit a joint status update to the Court within 48 hours of the conclusion of mediation.

    SO ORDERED.

Dated:   April 16, 2024
           New York, New York

                                                  Edgardo Ramos, U.S.D.J.